Brent H. Blakely (SBN 157292)
bblakely@blakelylawgroup.com
Michael Marchand (SBN 281080)
mmarchand@blakelylawgroup.com
BLAKELY LAW GROUP
1334 Parkview Avenue, Suite 280
Manhattan Beach, California 90266
Telephone: (310) 546-7400
Facsimile: (310) 546-7401

*Attorneys for Plaintiff*
*Deckers Outdoor Corporation*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COACH, INC., a Maryland Corporation; COACH SERVICES, INC., a Maryland Corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LONGWIN INC., a California Corporation; SU CHIANG, an individual; and DOES 1-10; inclusive<br><br>　　　　　　Defendants. | CASE NO. CV 14-03712-DMG (PLAx)<br><br>**DECLARATION OF MICHAEL MARCHAND RE OSC RE LACK OF PROSECUTION**<br><br>**Hon. Dolly M. Gee** |

1
**DECLARATION OF MICHAEL MARCHAND RE OSC RE LACK OF PROSECUTION**

# DECLARATION OF MICHAEL MARCHAND

I, MICHAEL MARCHAND, declare as follows:

1. I am an attorney at Blakely Law Group, counsel for Plaintiffs Coach, Inc. and Coach Services, Inc., (collectively "Plaintiffs" or "Coach") in the above-entitled action. I have personal knowledge of the matters set forth herein, and if called upon as a witness could competently testify thereto.

2. On May 14, 2014, Coach filed the instant Complaint against Defendants for trademark and trade dress infringement and related Lanham Act and state law claims.

3. Defendants were served with substituted service on or around June 25, 2014. [Docket # 12]

4. On or around July 22, 2014, counsel for Defendants contacted me in order to discuss the trajectory of the instant case and possible settlement. During this discussion, I agreed provide Defendants with a short extension of the pertinent responsive pleading deadline such that Defendants' answer would be due on or before August 8, 2014. The parties have continued to discuss the possibility of settlement and have provided informal discovery since this July 22, 2014 telephonic conference.

5. I will request that this Court enter default as to Defendants on August 9, 2014 should Defendants fail to file responsive pleadings by such date.

6. I have not filed a stipulation to extend the responsive pleading deadline pursuant to LR 8-3 since Defendants' counsel has yet to appear in the matter.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:   July 31, 2014                    */s/ Michael Marchand*____
                                          Michael Marchand
                                          ***Attorneys for Plaintiffs***
                                          ***Coach, Inc. and Coach Services, Inc.***